IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

NICOLE J. WILLIE
C/O MARIONETTE WILLIE                                                              PLAINTIFF

v.                                                                   CIVIL ACTION NO. 2:07CV190-B-A

COMMISSIONER OF SOCIAL SECURITY
JOANNE B. BARNHART,                                                              DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated June 6, 2008, was on that date duly served by electronic mail via the court's CM/ECF electronic filing system to counsel for the plaintiff and upon the attorney of record for the defendants. More than ten days have elapsed since service of said report and recommendation and no objection thereto has been filed or served by said parties. The court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED:**

1. The report and recommendation of the magistrate judge dated June 6, 2008, is hereby approved and adopted as the opinion of the court.

2. That this cause is dismissed with prejudice.

THIS, the 23rd day of February, 2009.

/s/ Neal Biggers
_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**